IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANAGRAM INTERNATIONAL, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-06194

Judge Matthew F. Kennelly

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 61 | Kawailay-US |
| 161 | Weenkeey-US |
| 230 | DecorWoo |
| 67 | Neo LOONS |
| 217 | VIVIKING |
| 55 | HCQCJ |
| 223 | GoerDirect |
| 1 | AIQINHU |
| 76 | YOTHORN |
| 104 | Hottong |
| 60 | JinXL |
| 214 | An Peri MEE |
| 85 | HAIPA |
| 17 | Ladovin |
| 216 | Know me |
| 173 | OHLIGEI |
| 221 | wanglingli1230 |
| 189 | BoningNEW |
| 219 | Morndew |

| | |
|---|---|
| 167 | DOOVE |
| 232 | qutuqi-us |
| 117 | ZiQilin-US(Registration No. 6664035) |
| 35 | Also |
| 169 | Fezava |
| 92 | henanpucuimaoyiyouxiangongsi |
| 59 | Jiang Yang |
| 178 | YL Decor |
| 153 | Yeselpy |
| 4 | EnShiShiMiaoHuoBaiHuoYouXianGongSi |

DATED: August 16, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 16, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt