IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | |
| Plaintiff, | Case No.: 1:24-cv-06194 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 83 | Cuddly Home |
| 51 | FSLF PartyDecor |
| 56 | HoHoParty |
| 234 | Wetco |
| 188 | AnnoDeel |
| 162 | WHYMEO US |
| 103 | HFWPYAOHAI |
| 128 | Geofun |
| 34 | GREATWILD |
| 235 | Party Flag |
| 212 | Sunjustly |
| 225 | Tedercle |
| 211 | Niceter |
| 155 | disrespectful |
| 127 | xinganxianwanyuanmaoyiyouxiangongsi |
| 220 | Virtue morals |
| 186 | Wing |
| 77 | ZERODECO |
| 109 | Aunifun |

| | |
|---|---|
| 149 | MASTORE |
| 36 | Ez |
| 39 | xingogo |
| 70 | Refasy |
| 72 | siumir-us |

DATED:  August 21, 2024         Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 21, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt