IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | |
| Plaintiff, | Case No.: 1:24-cv-06194 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 11 | IEMIEBSHA |
| 15 | JUMINE |
| 159 | party maker |
| 63 | LianAnMaoYiYouXianGongSi |
| 205 | QingMeng US |
| 206 | Weitenggogo |
| 116 | WRuizhe |
| 89 | CBLUO |
| 156 | Greatbobo |
| 90 | Chen Wenjiang |
| 130 | Street |
| 99 | ANHUIRUIJINGSHANGMAO |
| 170 | Food-usa |
| 210 | Miaoce |
| 66 | Mark & Amy |
| 168 | DXary |
| 22 | Ruyi |

DATED: August 22, 2024            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt